## EXHIBIT A
### Example of Product's Label



# EXHIBIT B
## Pre-Suit Notice to Defendant



*Consumer Protection Attorneys*
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606

813-567-1230 Tel
855-500-0705 Fax

November 13, 2024                              *Sent via U.S. Certified and First-Class Mail*

Beliv, LLC
1511 Ave. Ponce De Léon, Ciudadela Suite 24
San Juan, PR, 00923

Popular Center 19th Floor
208 Ponce de León Avenue
San Juan, PUERTO RICO UNITED STATES 00918

    Re:  Warranty Notice Letter Pursuant to § 672.607(3)(a), Fla. Stat. and Demand for Corrective Action for Violations of § 672.313, Fla. Stat.

To Whom It May Concern:

    This warranty notice letter pursuant to Florida Uniform Commercial Code serves as a preliminary notice and demand for corrective action on behalf of our client, Ms. Emily Flood, and on behalf of a putative class of similarly situated consumers who have purchased Beliv, LLC's ("Beliv") Oca®-brand plant-based energy drinks (hereafter also referred to as "Products"). This demand for corrective action arises from Beliv's breach of warranty pursuant to Florida Uniform Commercial Code, § 672.313, Fla. Stat.

    The Products' back labels, an image of which is attached hereto as Exhibit "A," prominently and conspicuously include the words "No preservatives." Beliv thus expressly warrants to a reasonable consumer that the Products do not contain preservatives. Despite this, the Products contain citric acid, which is classified as a preservative by the Federal Food and Drug Administration ("FDA"). *See* 21 CFR § 582.6033 (citric acid). The FDA defines a chemical preservative as "any chemical that, when added to food, tends to prevent or retard deterioration thereof." 21 C.F.R § 101.22(a)(5). The FDA made clear in a Warning Letter issued to Chiquita

# EXHIBIT B
## Pre-Suit Notice to Defendant

Brands International, Inc. and Fresh Express, Incorporated, on October 6, 2010, that citric acid was a preservative and needed to be identified as a preservative.[1]

Beliv's mislabeling of the Products violates the above-mentioned sections of Florida's Uniform Commercial Code, as well as the Florida Deceptive and Unfair Trade Practices Act (§ 501.201, Fla. Stat., *et seq*.) (hereafter also referred to as FDUTPA). Beliv's actions are deceptive, unfair, and have caused Plaintiff and the putative class actual damages. Such damages can be calculated by the difference between the purchase price of the Products as warranted and the value of the Products as deceptively sold.

We demand that Beliv preserve any and all documents and other evidence which refer or relate to the Products including, but not limited to, any and all: (1) documents and evidence relating to the ingredients, formula, and manufacturing process for the Products; (2) communications with the United States Food and Drug Administration concerning the labeling, manufacturing, marketing, and selling of the Products; (3) documents concerning the labeling, advertising, marketing, and sale of the Products; and, (4) communications with customers concerning complaints or comments concerning the Products.

We are willing to negotiate in an attempt to resolve the demands identified in this letter. If you wish to enter into discussions, please contact us within thirty (30) calendar days from the date of this letter. If we do not receive a response from you within that time, we will assume that Beliv have no interest in curing the matters complained of herein, and our client may proceed with the filing of a class action complaint seeking appropriate relief.

**SERAPH LEGAL, P. A.**                  **LAW OFFICES OF PETER N. WASYLYK**

*/s/ Bryan Geiger*                         */s/ Peter N. Wasylyk*
Bryan J. Geiger, Esq.                      Peter N. Wasylyk, Esq.
2124 W. Kennedy Blvd., Suite A             1307 Chalkstone Avenue
Tampa, FL 33606                            Providence, RI 02908
Tel: 813-567-1230                          Tel: (401) 831-7730
Fax: 855-500-0705                          Fax: (401) 861-6064
BGeiger@SeraphLegal.com                    PNWLaw@aol.com

---

[1] http://fda-warning-letters.blogspot.com/2010/10/fresh-express-incorporated-10610.html (last visited August 28, 2024.